The court charged the jury on the law as applicable to self-defense.

The jury resolved the issues of fact against the appellant and we find the evidence sufficient to support their verdict.

The judgment is affirmed.

Opinion approved by the Court.

**James Onard HILL, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28562.**

Court of Criminal Appeals of Texas.

Nov. 7, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is a conviction for the felony offense of drunken driving, with punishment assessed at five years' confinement in the penitentiary.

The sentence was probated by the trial court, and from such order of probation notice of appeal was given to this court.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.